# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>SALVADOR GONZALEZ-CARRANZA,<br><br>Defendant. | CASE NO.<br>1:18-CR-00397-1-SCJ-LTW |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that Lawanda Hodges is hereby appointed to represent Defendant Salvador Gonzalez-Carranza.

This 29th day of October, 2018.

/S/LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE